## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 960 MAL 2015
                                           :
           Respondent            :
                                            :  Petition for Allowance of Appeal from
                                           :  the Order of the Superior Court
          v.                       :
                                            :
                                          :
ROBERTO GONZALEZ,              :
                                          :
          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.